IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHANE GREER,<br>Individually and on behalf of all others<br>similarly situated<br><br>    *Plaintiff*,<br><br>v.<br><br>ARDOIN, INC. D/B/A<br>SOUTHERN TECHNICAL CONTROL,<br>JASON ARDOIN and ALICIA K. ARDOIN<br><br>    *Defendants* | § § § § § § § § § § § § § | Civil Action No. 2:15-cv-415<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)** |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR CONFIDENTIAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Pending before this Court is the Parties' Joint Motion for Confidential Approval of Settlement Agreement of Dismissal with Prejudice ("Motion"). The Court has reviewed the terms of the settlement, the pleadings in this case, and the issues presented therein and approves the settlement, including all of the terms set forth in the Confidential Settlement Agreement and Release attached as Exhibit "A," filed under seal and dismisses this lawsuit with prejudice.

Signed on this _____ day of _____, 2017.

                                                                                     _____
                                                                                     HON. NELVA GONZALES RAMOS
                                                                                     UNITED STATES DISTRICT JUDGE